# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN

United States of America )
v. )
CONNIE BLAIR ) Case No: 97-81440-D2
) USM No: 23905-039
Date of Previous Judgment: May 27, 1999 ) John Schultes
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months is reduced to __135 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__   Amended Offense Level: __32__
Criminal History Category: __I__   Criminal History Category: __I__
Previous Guideline Range: __168__ to __210__ months   Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __5/27/99__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __July 2, 2008__

Judge's signature
PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(if different from order date)   Printed name and title